Herbert **FLETCHER,** Plaintiff–Appellant

v.

Douglas **SHULMAN, Commissioner IRS and Individually; Steven T. Miller, Acting Commissioner IRS and Individually; Bill R. Banowsky, IRS Em-**

---

ployee in an Ogden, Utah Office and Individually; William J. Wilkins, Chief Counsel to the IRS and Individually; Jacob J. Lew, as Secretary of the Department of Treasury, and Individually; Department of Treasury, doing business as United States Department of Treasury, Defendants–Appellees.

No. 14–10282
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 30, 2014.

Herbert Fletcher, Terrell, TX, pro se.

Patricia Mcdonald Bowman, Trial Attorney, U.S. Department of Justice, Washington, DC, Ramona Stephens Notinger, U.S. Department of Justice, Dallas, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

We AFFIRM for essentially the reasons stated by the district court.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.